ACCEPTED
05-14-01200-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/2/2015 3:14:07 PM
LISA MATZ
CLERK

## No. 05-14-01200-CR

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/2/2015 3:14:07 PM
LISA MATZ
Clerk

| | | |
|---|---|---|
| **PAUL BRANID DENNIS** | § | **IN THE COURT OF APPEALS** |
| **V.** | § | **FOR THE FIFTH DISTRICT** |
| **STATE OF TEXAS** | § | **OF TEXAS AT DALLAS** |

## MOTION FOR AN EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

**TO THE HONORABLE JUSTICES OF SAID COURT:**

**COMES NOW,** the Appellant, and requests this Court extend the time for filing an opening brief from March 12, 2015 to April 11, 2015, pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

(A)     The deadline for filing Appellant's brief is currently March 12, 2015.

(B)     The length of extension sought is thirty (30) days.

(C)     The facts relied on to reasonably explain the need for an extension include the undersigned having several briefs due ahead of this one, and having filed briefs in the following cases since the record was filed in this case:

Cause No. 05-14-00784-CR, Hall v. State; and
Cause No. 05-14-00517-CR, Lindsey v. State.

(D)     Appellant has not requested or been granted a previous extension.

WHEREFORE, Appellant requests this Court extend Appellant's deadline to file an opening brief to April 11, 2105.

Respectfully submitted,

/s/ Riann C. Moore

Lynn Pride Richardson
Chief Public Defender
Dallas County, Texas

Riann C. Moore
Assistant Public Defender
State Bar No. 24050279
Frank Crowley Courts Building
133 N. Riverfront Blvd., LB-2
Dallas, Texas 75207-4399
(214) 653-3550 *(phone)*
(214) 653-3539 *(fax)*

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing brief was served on the Dallas County Criminal District Attorney's Office (Appellate Division), 133 N. Riverfront Blvd., B-19, 10th Floor, Dallas, Texas, 75207, by electronic service on March 2, 2015.

/s/ Riann C. Moore
Riann C. Moore